UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT DEMOCRACY PROJECT, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 18-00506 APM |
| Plaintiff, |  |  |
| v. |  |  |
| U.S. DEPARTMENT OF JUSTICE, |  |  |
| Defendant. |  |  |

THIRD JOINT STATUS REPORT

Pursuant to the Court's September 10, 2018, Order, the parties hereby submit the following joint status report.

1. This case concerns a Freedom of Information Act ("FOIA") request submitted by plaintiff to the Department of Justice.

2. The Antitrust Division's FOIA Office has completed its search for records, but no records responsive to the FOIA request were found.

3. The Office of Information Policy ("OIP") issued a final response to plaintiff on July 31, 2018.   Since that time, OIP was informed of technical issues which may have affected searches conducted in response to this request.   While at this time OIP has no indication that additional records responsive to this request will be located, OIP has been working closely with its electronic search support team to resolve these issues and to re-run searches as appropriate to ensure that no records were missed in the original searches.   These searches are still ongoing, and OIP believes that an additional thirty days are needed to complete them.   In the event that

OIP locates any additional records responsive to this request, OIP will issue a supplemental response to Plaintiff, releasing any non-exempt material.

4. Accordingly, the parties propose that they submit a further joint status report by November 9, 2018.

Counsel for Plaintiff has authorized undersigned counsel to submit this report on behalf of Plaintiff.

    Respectfully submitted,

    JESSIE K. LIU, D.C. Bar #472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

    BY: */s/ Fred E. Haynes*
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.252.2550
    fred.haynes@usdoj.gov