UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT DEMOCRACY PROJECT, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-00506 APM |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

## FIFTH JOINT STATUS REPORT

The substantive issues in this case have been resolved. The only remaining issue is attorney's fees. The parties are hopeful that this issue will be resolved shortly. Given, however, the possible lapse in funding for the Department of Justice, the parties propose to file a joint status report by January 17, 2018, if the issue is not resolved. Plaintiff's counsel has authorized undersigned counsel to submit this report on behalf of Plaintiff.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY:  */s/ Fred E. Haynes*
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov