UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | Civil Action No. 18-00506 APM |

## STIPULATION OF DISMISSAL

The parties, the Protect Democracy Project, Inc., and the U.S. Department of Justice, hereby stipulate and agree (1) that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (2) that each party will bear its own attorney's fees and costs.

　　　　　　　　　　For Defendant:

　　　　　　　　　　JESSIE K. LIU, D.C. Bar #472845
　　　　　　　　　　United States Attorney

　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar #924092
　　　　　　　　　　Chief, Civil Division

BY /s/ Fred E. Haynes
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov

Counsel for Defendant

BY /s/ Justin Florence
JUSTIN G. FLORENCE, D.C. Bar #988953
KRISTY PARKER (application pending)
The Protect Democracy Project, Inc.
2020 Pennsylvania Avenue, N.W., #163
Washington, D.C. 20006
202.599.0466
Justin.Florence@protectdemocracyproject.org

Counsel for Plaintiff